Index for Exhibit

Exhibit "1" – All correspondence related to attempt to obtain information.

Exhibit "1"

**REYNOLDS LAW FIRM, PLLC**

700 E. Baseline Road
Suite A-2
Tempe, Arizona 85283
Office (602) 253-6141
Cell (480) 993-4151
Facsimile (602) 865-7064
Jessica@reynoldsazlaw.com

October 15, 2014

NATIONAL PERSONNEL RECORDS CENTER
1 Archives Drive
St. Louis, MO 63138-1002

RE: Records Request 2-11858369202

Dear Custodian of Records:

I represent Dennis Boatner, the father of Jeremy Daniel Boatner. Jeremy passed away on June 11, 2013. Since his passing, Dennis has been attempting to obtain medical records for Jeremy. Jeremy was stationed in San Diego while in the Navy. Sometime in the mid ninety's (most likely 1995), Jeremy had surgery (rhinoplasty) at the VA hospital.

Dennis put in his first request for records prior to June 24, 2014. In response, your office responded –stating there was not enough information to search for inpatient / clinical records. Enclosed you will find the June 26, 2014 e-mail Vetrecs Notification and June 26, 2014 correspondence stating same.

Dennis followed – up; providing the additional information you requested. Enclosed you will find the cover sheet listing 1-7, the signature page for Dennis, Jeremy's death certificate and note made to your staff from Dennis on the June 26, 2014 Vetrecs Notification.

Dennis has not heard back from your office. As a result, he has retained me to send this correspondence and do whatever is necessary to obtain this information. Of course, I do not want to file suit in order to obtain this information – but will do so if necessary.

Please contact me right away regarding this request. Dennis is seeking any and all medical records for Jeremy while stationed in San Diego. In particular, he is seeking any and all records leading up to, during and following his rhinoplasty surgery at the VA hospital.

Thank you in advance for your prompt attention to this matter. You can reach me at the above numbers as well as by e-mail.

Sincerely,

/s/ Jessica C. Reynolds
Jessica C. Reynolds
Reynolds Law Firm, PLLC.

EC/ Client
Enclosures / As Indicated

**CenturyLink Webmail**

dennis.boat@q.com

± Font Size −

# Vetrecs Notification-2-5G45SMW. Do not reply.

**From :** NPRC Vetrecs <NPRC.Vetrecs@nara.gov>   Thu, Jun 26, 2014 09:56 AM
**Subject :** Vetrecs Notification-2-5G45SMW. Do not reply.
**To :** dennis boat <dennis.boat@q.com>
**Reply To :** NPRC Vetrecs <NPRC.Vetrecs@nara.gov>

Please do not respond to the following message. This message has been auto-generated by NPRC.

Thank you for submitting a request to the National Personnel Records Center.

We have received your signature authorization for request number 2-11858369202.

The average response time on the majority of these types of requests is three to four weeks, however, on occasion a greater response time may be experienced. We service approximately 20,000 requests each week and are working earnestly and successfully at reducing our response time. Our goal is to reduce our response time on these types of requests to ten days or less.

Thank you.

End of auto-generated message

**NATIONAL PERSONNEL RECORDS CENTER**
1 ARCHIVES DRIVE   ST LOUIS, MO 63138-1002
www.archives.gov

NATIONAL ARCHIVES

June 26, 2014

Dennis Boatner
P.O. Box 9658
Apache Junction, Arizona  85178

RE:   Veteran's Name: BOATNER, Jeremy Daniel
      SSN/SN: ******386
      Request Number: 2-11858369202

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

Dear Recipient:

Thank you for contacting the National Personnel Records Center. We were not able to provide a portion of the records you requested. Your request did not contain enough information to search for inpatient/clinical records. To locate these records we need the following information.

- **Patient's Name** (when treated) and **Date of Birth**
- **Social Security Number**
- **Place of Treatment**
- **Year of Treatment**

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

JACKLYN JAMES
Archives Technician (AFN-MC4A)

Enclosure(s)

**We Value Our Veterans' Privacy**
*Let us know if we have failed to protect it.*

# COVER SHEET
## Page one(1) of two(2)

Dennis G. Boatner
P. O. Box 9658
Apache Junction, AZ 85178
CELL 602-908-3739
FAX 480-835-2280

REQUEST for MILITARY PERSONNEL RECORDS
SPECIFICALLY:
Rhinoplasty Surgery performed
while stationed at San Diego, CA.

1. Jeremy Daniel Boatner

2. Service Number Unknown

3. Social Security Number  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

4. Navy

5. Mid 1990's

6. Tucson, Arizona

7. Next of Kin: Father: Dennis Boatner- See Attached

ATTENTION: Customer Service Team, Please expedite. Thank you.

E-MAIL: dennis.boat@q.com

# Copy of Signature Verification - Do Not Mail/Fax

Tuesday, June 24, 2014 3:09:52 PM EDT

**Service Request Number:**

Keep for your records

Do Not Mail



2-11858369202

**Attention:** NPRC WEB

**Service Request Number:** 2-11858369202

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information that I provided is true and correct.

**Requester is:** Next of kin of Deceased Veteran

**Relationship:** Father

_____ (Signature Required)

Please allow at least 90 days after you return the signature page before following-up on the status of your request. During that time, please do not resubmit your request as doing so will add further delay.

_____ (Print Name)

## Mailing Instructions

1. Sign, date and mail the first page to this address:
   - **NPRC WEB**
     **1 Archives Drive**
     **Saint Louis, MO 63138-1002**

   or Sign, date and Fax the first page to **(314) 801-9049**

2. If NPRC does not receive your signature within 30 days, your request will be automatically deactivated and removed from our system.
3. Keep the second page titled "**Copy of Signature Verification - Do Not Mail/Fax**" for your records.
4. Refer to the Service Request Number when making inquiries about this request. Our Customer Service Number is (314) 801-0800.

| | | |
|---|---|---|
| Tuesday, June 24, 2014 3:09:52 PM EDT | *REQUEST #*<br>*2-11858369202* | **Service Request Number:** <br>2-11858369202 |

National Personnel Records Center

Military Personnel Records

1 Archives Drive

Saint Louis, MO 63138-1002

**Attention:** NPRC WEB

**Service Request Number:** 2-11858369202

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information that I provided is true and correct.

**Requester is:** Next of kin of Deceased Veteran

**Relationship:** Father

*[Signature]* 6/24/2014
(Signature Required)

*DENNIS BARTNEN*
(Print Name)

Please allow at least 90 days after you return the signature page before following-up on the status of your request. During that time, please do not resubmit your request as doing so will add further delay.

# STATE OF ARIZONA

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

State File NO. 102- 2013-024243

| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST) | 2. AKA'S (IF ANY) | 3. DATE OF DEATH |
|---|---|---|
| JEREMY DANIEL BOATNER | | JUNE 11, 2013 |

| 4. SEX | 5. SOCIAL SECURITY NUMBER: | 6. DATE OF BIRTH | 7. AGE | UNDER 1 YEAR | | UNDER 1 DAY | |
|---|---|---|---|---|---|---|---|
| | | | | 8. MONTHS | 9. DAYS | 10. HOURS | 11. MINUTES |
| MALE | | 12/27/1974 | 38 | | | | |

| 12. PLACE OF DEATH - HOSPITAL: | 13. PLACE OF DEATH - OTHER THAN HOSPITAL: |
|---|---|
| ☐ INPATIENT ☐ E.R./OUTPATIENT ☐ DEAD ON ARRIVAL | ☐ NURSING HOME OR LONG TERM CARE FACILITY ☒ RESIDENCE ☐ HOSPICE FACILITY ☐ OTHER |

| 14. FACILITY NAME (OR STREET ADDRESS IF NOT A FACILITY): | 15. CITY, TOWN & ZIP CODE OR LOCATION OF DEATH: | 16. COUNTY OF DEATH: |
|---|---|---|
| 3226 E BERMUDA ST | TUCSON 85716 | PIMA |

| 17. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 18. MARITAL STATUS AT TIME OF DEATH: | 19. NAME OF SURVIVING SPOUSE (MAIDEN NAME IF WIFE) |
|---|---|---|
| TUCSON, ARIZONA | NEVER MARRIED | |

| 20. DECEDENT'S USUAL RESIDENCE STREET ADDRESS: | 21. CITY AND COUNTY: | 22. STATE | 23. ZIP CODE | 24. EVER IN THE ARMED FORCES: |
|---|---|---|---|---|
| 3226 E BERMUDA ST | TUCSON, PIMA | ARIZONA | 85716 | YES |

| 25. WAS DECEDENT OF HISPANIC ORIGIN? | 26. DECEDENT'S RACE(S): | 27. IF AMERICAN INDIAN OR ALASKA NATIVE, SPECIFY UP TO 4 TRIBES |
|---|---|---|
| ☒ NO, NOT SPANISH, HISPANIC OR LATINO | ☒ WHITE | PRIMARY OR ENROLLED TRIBE: |
| ☐ YES, MEXICAN, MEXICAN AMERICAN, CHICANO | ☐ BLACK, AFRICAN AMERICAN ☐ NATIVE HAWAIIAN | |
| ☐ YES, PUERTO RICAN | ☐ ASIAN INDIAN ☐ CHINESE | ☐ OTHER ASIAN (SPECIFY) ☐ OTHER PACIFIC ISLANDER (SPECIFY) ADDITIONAL TRIBE: |
| ☐ YES, CUBAN | ☐ FILIPINO ☐ JAPANESE | |
| ☐ YES, OTHER (SPECIFY) | ☐ GUAMANIAN OR CHAMORRO ☐ KOREAN | ☐ OTHER (SPECIFY) ADDITIONAL TRIBE: |
| ☐ UNKNOWN | ☐ VIETNAMESE ☐ SAMOAN | ☐ UNKNOWN ADDITIONAL TRIBE: |
| | ☐ AMERICAN INDIAN OR ALASKA NATIVE | |

| 28. OCCUPATION: |
|---|
| SEAMAN |

| 29. FATHER'S NAME (FIRST, MIDDLE, LAST) | 30. MOTHER'S NAME (FIRST, MIDDLE, & LAST NAME PRIOR TO FIRST MARRIAGE) |
|---|---|
| DENNIS G. BOATNER | JUDITH JACKSON |

| 31. INFORMANT'S NAME | 32. RELATIONSHIP | 33. INFORMANT'S MAILING ADDRESS: |
|---|---|---|
| DENNIS G. BOATNER | PARENT | P.O. BOX 9658, APACHE JUNCTION, ARIZONA 85178 |

| 34. NAME AND ADDRESS OF FUNERAL FACILITY: | 35. FUNERAL DIRECTOR: | 36. LICENSE NUMBER: |
|---|---|---|
| BRING'S BROADWAY CHAPEL 6910 E. BROADWAY, TUCSON, AZ | ALLAN L. NIBERT, FUNERAL DIRECTOR | F0873 |

| 37. METHOD(S) OF DISPOSITION: | 38. NAME AND LOCATION OF 1st DISPOSITION FACILITY: | 39. NAME AND LOCATION OF 2nd DISPOSITION FACILITY: |
|---|---|---|
| CREMATION | BRING'S CREMATORY, TUCSON, ARIZONA | |

MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| | | | 41. APPROXIMATE INTERVAL: |
|---|---|---|---|
| IMMEDIATE CAUSE OF DEATH | 40. A | HANGING | UNKNOWN |
| DUE TO OR AS A CONSEQUENCE OF: | 42. B | | 43. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 44. C | | 45. APPROXIMATE INTERVAL: |
| DUE TO OR AS A CONSEQUENCE OF: | 46. D | | 47. APPROXIMATE INTERVAL: |

CAUSE OF DEATH PART II

| 48. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSES GIVEN ABOVE: | 49. INJURY? | 50. INJURY AT WORK? | 51. MANNER OF DEATH | 52. TIME OF DEATH |
|---|---|---|---|---|
| | YES | NO | SUICIDE | 1734 |
| | 53. WAS AN AUTOPSY PERFORMED? | 54. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | | |
| | YES | YES | | |

CAUSE AND MANNER OF DEATH CERTIFICATION

| | 55. NAME OF PERSON COMPLETING CAUSE OF DEATH: | 56. DATE CERTIFIED: |
|---|---|---|
| ☐ Certifying Physician/Nurse Practitioner/Physician's Assistant - To the best of my knowledge, death occurred due to the cause(s) and manner stated. | | |
| ☒ Medical Examiner/Tribal Law Enforcement Authority - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | JENNIFER GARDETTO, M.D. | 06/12/2013 |

| 57. CERTIFIER'S ADDRESS: | 58. NAME OF REGISTRAR: | 59. DATE REGISTERED: |
|---|---|---|
| 2825 EAST DISTRICT STREET TUCSON, AZ 85714-2081 | AUDREY ROGERS | 06/19/2013 |

DATE ISSUED: 06/24/2013

This is a true certification of the facts on file with the OFFICE OF VITAL RECORDS, ARIZONA DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA
Revised 12/2012.

KHALEEL HUSSAINI
ASSISTANT STATE REGISTRAR

Arizona Department of Health Services

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

## CenturyLink Webmail

dennis.boat@q.com

± Font Size ±

## Vetrecs Notification-2-5G45SMW. Do not reply.

**From :** NPRC Vetrecs <NPRC.Vetrecs@nara.gov>  
**Subject :** Vetrecs Notification-2-5G45SMW. Do not reply.  
**To :** dennis boat <dennis.boat@q.com>  
**Reply To :** NPRC Vetrecs <NPRC.Vetrecs@nara.gov>  

Thu, Jun 26, 2014 09:56 AM

Please do not respond to the following message. This message has been auto-generated by NPRC.

Thank you for submitting a request to the National Personnel Records Center.

We have received your signature authorization for request number 2-11858369202.

The average response time on the majority of these types of requests is three to four weeks, however, on occasion a greater response time may be experienced. We service approximately 20,000 requests each week and are working earnestly and successfully at reducing our response time. Our goal is to reduce our response time on these types of requests to ten days or less.

Thank you.

End of auto-generated message

---

*[Handwritten note:]*

PLEASE E-MAIL ME A COPY OF MY LAST REQUEST. I WISH TO CONFIRM ALL DATA ENTERED IS CORRECT.

E-MAIL: dennis.boat@q.com

Thank you.

Dennis Boatner

8-12-14

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| DENNIS BOATNER </br> *Plaintiff* </br> v. </br> NATIONAL PERSONNEL RECORDS CENTER </br> *Defendant* | ) </br> ) </br> ) Civil Action No. </br> ) </br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jessica C. Reynolds
  *(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Jessica C. Reynolds
*Printed name*

700 E. Baseline Rd., Ste. A-2
Tempe, AZ 85823
*Address*

jessica@reynoldsazlaw.com
*E-mail address*

(480) 993-4151
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                  *Server's signature*

                             _____
                                              *Printed name and title*

                             _____
                                                   *Server's address*

Additional information regarding attempted service, etc: